### 12090.   FOUNTAIN *v.* THE STATE.

LUKE, J. The only question raised in this case is as to the sufficiency of the evidence. The evidence was in conflict, but we cannot say that there was no evidence to support the verdict, since if the jury believed the evidence for the State — which they did — a verdict of guilty was authorized; and, the trial judge having approved the verdict, this court can not set it aside.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 13, 1921.

Conviction of assault with intent to rape; from Laurens superior court — Judge Kent. November 11, 1920.

*Evans & Thomas,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.